FILED
07 OCT 19 AM 11:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  HOWARD M. GARFIELD, State Bar #43369
   LONG & LEVIT LLP
2  465 California Street, Suite 500
   San Francisco, California 94104
3  Telephone:  (415) 397-2222
   Facsimile:  (415) 397-6392
4  Email:      hgarfield@longlevit.com

5  Attorney for Defendants
   ALLIED PROPERTY AND CASUALTY
6  INSURANCE COMPANY, AMCO INSURANCE
   COMPANY, and NATIONWIDE MUTUAL
7  INSURANCE COMPANY

8                UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10                    SAN DIEGO DIVISION

BY FAX

11 
12  1800 SOUTH MAPLE STREET, LLC, a       CASE No. 07 CV 2030 JM NLS
    California Limited Liability Company;
13  RALPH J. GIANNELLA, an individual;    NOTICE OF RELATED ACTION
    GIANNELLA PROPERTIES, INC., a
14  California Corporation; WILLIAM G.    Local Rule 40.1(e)
    AYYAD, an individual; WILLIAM G.
15  AYYAD, INC., a California Corporation;
    an PREMIER COMMUNITIES, LLC, a        Action Filed:    September 10, 2007
16  California Limited Liability Company,

17                    Plaintiff,

18       vs.

19  ALLIED PROPERTY AND
    CASUALTY INSURANCE COMPANY,
20  an Iowa Corporation; AMCO
    INSURANCE COMPANY, an Iowa
21  Corporation; NATIONWIDE MUTUAL
    INSURANCE COMPANY, an Ohio
22  Corporation, and DOES 1 to 100,
    inclusive,
23
                      Defendants.
24
25           TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26           NOTICE IS HEREBY GIVEN, pursuant to Civil Local Rule 40.1(e) of this Court,

27  that the following previously filed cases appear related to this civil action:

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

NOTICE OF RELATED ACTION

1. *Avocado Crest Condominiums, LLC, et al. v. Allied Mutual Insurance Company, et. al.*, Superior Court of the State of California for the County of San Diego, Central Division, Case No. GIC 857918, filed December 6, 2005 ("the *Avocado Crest* action").

The instant action is related to the *Avocado Crest* action in that both involve some of the same parties and are based on similar claims. William G. Ayyad, an individual, and Willam G. Ayyad, Inc. are plaintiffs in both actions. AMCO Insurance Company is a defendant in both actions. Both actions are based on AMCO Insurance Company's denial of insurance coverage, i.e., denial of defense and indemnification, to the insureds in the respective underlying a third-party actions.

However, assignment of the instant action with the *Avocado Crest* action to a single judge is not likely to effect any savings of judicial effort because the *Avocado Crest* action is being litigated in the Superior Court of the State of California for the County of San Diego and cannot be combined with this action. The *Avocado Crest* action may not be removed to federal court for lack of diversity: plaintiffs are all citizens of California and at least one defendant is also a citizen of California. The *Avocado Crest* action and the instant action cannot be combined because they are pending in different courts.

2. *Hidden Glen Maintenance Corporation v. 1800 South Maple Street, LLC, et al.*, San Diego County Superior Court, Central Division, Case No. GIC 852647, filed August 18, 2005 ("The *Hidden Glen* action").

The instant action is related to the *Hidden Glen* action in that both involve some of the same parties but are based on different claims. The defendants in the *Hidden Glen* action are plaintiffs in the instant action. The defendants in the instant action allegedly insured them and are alleged to have refused to provide coverage for the *Hidden Glen* action.

///
///
///
///

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1      Nowithstanding the related nature of the cases, assignment of the instant action with the
2      *Hidden Glen* action to a single judge is not likely to effect any savings of judicial effort because
3      the *Hidden Glen* action has settled and is no longer pending before any court.

4

5 Dated: October 18, 2007          LONG & LEVIT LLP

6

7                                       By    *[signature]*
8                                             HOWARD M. GARFIELD
                                            Attorney for Defendants
9                                             ALLIED PROPERTY AND
                                            CASUALTY INSURANCE
10                                           COMPANY, AMCO INSURANCE
                                            COMPANY, and NATIONWIDE
11                                           MUTUAL INSURANCE COMPANY

12

13 DOCS\S5240-336\540430.V1

14

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

NOTICE OF

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, California 94104.

On October 18, 2007, I served the document(s) named below on the following attorney(s) of record and/or interested parties in the case of *1800 South Maple Street, LLC, et al. v. Allied Property and Casualty Insurance Company, et al.*, San Diego, Central Division Superior Court Action No. 37-2007-0074662-CU-NP-CTL.

**NOTICE OF RELATED ACTION**

SERVED ON:

| | |
|---|---|
| Neal H. Rockwood, Esq.<br>C. Brant Noziska, Esq.<br>Charles L. Fanning IV, Esq.<br>Rockwood & Noziska, L.L.P.<br>5060 North Harbor Drive, Suite 255<br>San Diego, CA 92106<br>Telephone:   (619) 224-7778<br>Facsimile:     (619) 224-7779 | Brian C. Dawson, Esq.<br>Brendan K. Ozanne, Esq.<br>Dawson & Ozanne<br>614 Fifth Avenue, Suite B<br>San Diego, CA 92101<br>Telephone:  (619) 237-5161<br>Facsimile:  (619) 237-5151 |

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☐ (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 18, 2007, at San Francisco, California.

J. Locker

DOCS\S5240-336\540381.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222