ORIGINAL

1 | HOWARD M. GARFIELD, State Bar #43369
LONG & LEVIT LLP
2 | 465 California Street, Suite 500
San Francisco, California 94104
3 | Telephone: (415) 397-2222
Facsimile: (415) 397-6392
4 | Email: hgarfield@longlevit.com

FILED
07 OCT 19 AM 11:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

5 | Attorney for Defendants
ALLIED PROPERTY AND CASUALTY
6 | INSURANCE COMPANY, AMCO INSURANCE
COMPANY, and NATIONWIDE MUTUAL
7 | INSURANCE COMPANY

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | SAN DIEGO DIVISION

BY FAX

11 |
12 | 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual;
13 | GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G.
14 | AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation;
15 | an PREMIER COMMUNITIES, LLC, a California Limited Liability Company,
16 |
17 | Plaintiff,
18 | vs.
19 | ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO
20 | INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL
21 | INSURANCE COMPANY, an Ohio Corporation, and DOES 1 to 100,
22 | inclusive,
23 | Defendants.

CASE No. 07CV 2030 JM NLS

NOTICE OF PARTY WITH FINANCIAL INTEREST

Action Filed: September 10, 2007

24 |
25 | Pursuant to Federal Rule of Civil Procedure section 7.1 and Civil Local Rule 40.2
26 | and to enable District Judges and Magistrate Judges of the Court to evaluate possible
27 | disqualification or recusal, the undersigned counsel for ALLIED PROPERTY AND CASUALTY
28 |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

NOTICE OF PARTY WITH FINANCIAL INTEREST

INSURANCE COMPANY ("Allied"), AMCO INSURANCE COMPANY ("AMCO"), and NATIONWIDE MUTUAL INSURANCE COMPANY ("Nationwide"), certifies the following:

Defendant Nationwide has no parent company, and it does not own 10 percent or more of the stock in any publicly-held company.

Defendant Allied is a wholly-owned subsidiary of Allied Group, Inc., which in turn is a wholly-owned subsidiary of Nationwide. Defendant Allied has no other parent and no subsidiaries. Defendant Allied is an affiliate of Defendants AMCO and Nationwide.

Defendant AMCO is a wholly-owned subsidiary of Allied Group, Inc., which in turn is a wholly-owned subsidiary of Nationwide. Defendant AMCO has no other parent and no subsidiaries. Defendant AMCO is an affiliate of Defendants Allied and Nationwide.

The following are other affiliates of Nationwide:

Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide General Insurance Company, Nationwide Insurance Company of America, Nationwide Affinity Insurance Company of America, Nationwide Insurance Company of Florida, Nationwide Lloyds, Colonial County Mutual Insurance Company, Nationwide Assurance Company, Insurance Intermediaries, Inc., Depositors Insurance Company, Nationwide Agribusiness Insurance, Farmland Mutual Insurance Company, Financial Settlement Services Agency, Inc., THI Holdings, Inc., Titan Indemnity Company, Titan Insurance Company, Victoria Fire & Casualty Company, Victoria Select Insurance Company, Victoria Automobile Insurance Company, Victoria National Insurance Company, Victoria Specialty Insurance Company, Scottsdale Insurance Company, National Casualty Company, Scottsdale Indemnity Company, Scottsdale Surplus Lines Insurance, Company Western Heritage Insurance Company, TBG Insurance Services Corporation, TBG Aviation, LLC, TBG Danco insurance Services Corporation, TBG Financial & Insurance Services Corporation, TBG Financial & insurance Services Corporation of Hawaii, Mullin TBG Insurance Agency Services, LLC, TGB Advisory Services Corporation, Nationwide Life Insurance Company, Nationwide Life and Annuity Insurance Company, Nationwide Investment Services Corporation, Nationwide Investment

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

NOTICE OF PARTY WITH FINANCIAL INTEREST

1  Advisors, LLC, Nationwide Financial Assignment Company, Nationwide Properties, LTD,
2  Nationwide Community Development Corp, LLC, Texas Housing Fund, LLC, Life REO
3  Holdings LLC, Nationwide Bank, Nationwide Financial Services Capital Trust, NF Reinsurance,
4  LTD, Registered Investment Advisors Services, Inc., Nationwide Financial Institution
5  Distributors Agency, Inc., Nationwide Financial Institution Distributors Agency, Inc. of
6  Massachusetts, Nationwide Financial Institution Distributors Agency, Inc. of New Mexico,
7  Nationwide Retirement Solutions, Inc., Nationwide Retirement Solutions, Inc. of Arizona,
8  Nationwide Retirement Solutions, Insurance Agency, Inc., Nationwide Retirement Solutions, Inc.
9  of Ohio, Nationwide Retirement Solutions, Inc. of Texas, Nationwide Financial Structured
10 Products, LLC, Pension Associates, Inc., Nationwide Life Insurance Company of America,
11 Nationwide Life and Annuity Company of America, Nationwide Life Insurance Company of
12 Delaware, Nationwide Provident Holding Company, 1717 Capital Management Company, 1717
13 Insurance Agency of Texas, Inc., Nationwide Financial Network, RCMD Financial Services, Inc.,
14 1717 Advisory Services, Inc., 1717 Brokerage Services, Inc., 1717 Insurance Agency of
15 Massachusetts, Inc., Provestco, Inc., Washington Square Administrative Services, Inc., NWD
16 Investment Management, Inc., Newhouse Capital Partners, LLC, Nationwide Mutual Fund
17 Capital Trust, Nationwide S.A. Capital Trust, Nationwide Global Asset Management, Inc., NWD
18 MGT LCC, Nationwide Investor Services, Inc., Nationwide Global Funds, Nationwide
19 Distribution Services, Inc., Corviant Corporation, Nationwide Global Ventures, Inc., Morley
20 Financial Services, Inc., Nationwide Separate Accounts, LLC, Nationwide Emerging Managers,
21 LLC, Northpointe Capital LLC, Audenstar Limited, Riverview International Group, Inc.,
22 GatesMcDonald & Company, GatesMcDonald HealthPlus, Inc., MedProSolutions, Inc.,
23 Nationwide Advantage Mortgage Company, Nationwide Health Plans, Nationwide Management
24 Systems, Nationwide Life Insurance Company (Employee Group Life & Health), Nationwide
25 Mutual (Group Health), National Casualty (Group Health), Nationwide Global Holdings,
26       ///
27
28       ///

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

NOTICE OF PARTY WITH FINANCIAL INTEREST

1  Nationwide Mutual Capital, Nationwide Better Health, Inc., Nationwide Realty Investors, Vida
2  Seguradora, Nationwide Agribusiness Insurance Company, Nationwide Securities, Inc., and
3  Nationwide Financial Services, Inc.

4  Dated: October 18, 2007                LONG & LEVIT LLP

6                                          By  /s/ Howard M. Garfield
7                                              HOWARD M. GARFIELD
                                                Attorney for Defendants
8                                               ALLIED PROPERTY AND
                                                CASUALTY INSURANCE
9                                               COMPANY, AMCO INSURANCE
                                                COMPANY, and NATIONWIDE
10                                              MUTUAL INSURANCE COMPANY

12  DOCS\S5240-336\540363.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

NOTICE OF PARTY WITH FINANCIAL INTEREST

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, California 94104.

On October 18, 2007, I served the document(s) named below on the following attorney(s) of record and/or interested parties in the case of *1800 South Maple Street, LLC, et al. v. Allied Property and Casualty Insurance Company, et al.*, San Diego, Central Division Superior Court Action No. 37-2007-0074662-CU-NP-CTL.

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

SERVED ON:

| Neal H. Rockwood, Esq.<br>C. Brant Noziska, Esq.<br>Charles L. Fanning IV, Esq.<br>Rockwood & Noziska, L.L.P.<br>5060 North Harbor Drive, Suite 255<br>San Diego, CA 92106<br>Telephone: (619) 224-7778<br>Facsimile: (619) 224-7779 | Brian C. Dawson, Esq.<br>Brendan K. Ozanne, Esq.<br>Dawson & Ozanne<br>614 Fifth Avenue, Suite B<br>San Diego, CA 92101<br>Telephone: (619) 237-5161<br>Facsimile: (619) 237-5151 |
|---|---|

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☐ (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 18, 2007, at San Francisco, California.

J. Locker

DOCS\S5240-336\540381.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

PROOF OF SERVICE