```
 1  HOWARD M. GARFIELD, State Bar #43369
    LONG & LEVIT LLP
 2  465 California Street, Suite 500
    San Francisco, California 94104
 3  Telephone:  (415) 397-2222
    Facsimile:  (415) 397-6392
 4  Email:      hgarfield@longlevit.com
 5
    Attorney for Defendants
 6  ALLIED PROPERTY AND CASUALTY
    INSURANCE COMPANY, AMCO INSURANCE
 7  COMPANY, and NATIONWIDE MUTUAL
    INSURANCE COMPANY
 8
```

FILED
07 OCT 29 PM 1:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; an PREMIER COMMUNITIES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE No. 07-CV-2030-JM **BY FAX**<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>Action Filed:   September 10, 2007 |

Cindy C. Ratcliff certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CERT. OF SERVICE OF NOT. TO ADVERSE PARTY OF REMOVAL TO FED. COURT – CASE NO. 37-2007-00074662-CU-NP-CTL

12011996.tif - 10/19/2007 4:36:02 PM

1    My business address is 465 California Street, Suite 500, San Francisco, California
2  94104, which is located in the city, county, and state where the mailing described below took
3  place.
4    On October 19, 2007, I deposited in the United States Mail at San Francisco,
5  California, a copy of the Notice To Adverse Party Of Removal To Federal Court with the Notice
6  of Related Action and Notice of Party with Financial Interested in the referenced matter, dated
7  October 19, 2007, a copy of which is attached to this certificate and served on the following:

8  Neal H. Rockwood, Esq.
   C. Brant Noziska, Esq.
9  Charles L. Fanning IV, Esq.
   Rockwood & Noziska, L.L.P.
10 5060 North Harbor Drive, Suite 255
   San Diego, CA 92106
11

12 Brian C. Dawson, Esq.
   Brendan K. Ozanne, Esq.
   Dawson & Ozanne
13 614 Fifth Avenue, Suite B
   San Diego, CA 92101
14

15 614 Fifth Avenue, Suite B
   San Diego, CA 92101
16

17    I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct. Executed on October 19, 2007, at San Francisco, California.
18
19                                          _____
20                                                  Cindy C. Ratcliff
21
22
23 DOCS\S5240-336\540498.V1
24
25
26
27
28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

CERT. OF SERVICE OF NOT. TO ADVERSE PARTY OF REMOVAL TO FED. COURT – CASE NO. 37-2007-00074662-CU-NP-CTL

12011996.tif - 10/19/2007 4:36:02 PM

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, California 94104.

On October 19, 2007, I served the document(s) named below on the following attorney(s) of record and/or interested parties in the case of *1800 South Maple Street, LLC, et al. v. Allied Property and Casualty Insurance Company, et al.*, San Diego, Central Division Superior Court Action No. 37-2007-0074662-CU-NP-CTL and United States District Court, Southern District San Diego Division Case No. 07-CV-2030.

**CERTIFICATE OF SERVICE OF NOTICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

SERVED ON:

| | |
|---|---|
| Neal H. Rockwood, Esq.<br>C. Brant Noziska, Esq.<br>Charles L. Fanning IV, Esq.<br>Rockwood & Noziska, L.L.P.<br>5060 North Harbor Drive, Suite 255<br>San Diego, CA 92106<br>Telephone: (619) 224-7778<br>Facsimile: (619) 224-7779 | Brian C. Dawson, Esq.<br>Brendan K. Ozanne, Esq.<br>Dawson & Ozanne<br>614 Fifth Avenue, Suite B<br>San Diego, CA 92101<br>Telephone: (619) 237-5161<br>Facsimile: (619) 237-5151 |

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☒ (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 19, 2007, at San Francisco, California.

*Cindy C. Ratcliff* (signature)
Cindy C. Ratcliff

DOCS\S5240-336\540381.V2

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

PROOF OF SERVICE