HOWARD M. GARFIELD, State Bar #43369
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: hgarfield@longlevit.com

Attorney for Defendants
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY, and NATIONWIDE MUTUAL INSURANCE COMPANY

FILED
07 OCT 29 PM 1:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

BY FAX

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; an PREMIER COMMUNITIES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE No. 07-CV-2030 JM<br><br>**AMENDED PROOF OF SERVICE**<br><br>Action Filed: September 10, 2007 |

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, California 94104.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

AMENDED PROOF OF SERVICE

On October 29, 2007, I served the document(s) named below on the following attorney(s) of record and/or interested parties in the case of *1800 South Maple Street, LLC, et al. v. Allied Property and Casualty Insurance Company, et al.*, San Diego, Central Division Superior Court Action No. 37-2007-0074662-CU-NP-CTL and United States District Court, Southern District San Diego Division Case No. 07-CV-2030.

> NOTICE OF AND PETITION FOR REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 14541(B) (DIVERSITY)
>
> NOTICE OF RELATED ACTION
>
> NOTICE OF PARTY WITH FINANCIAL INTEREST
>
> CIVIL COVER SHEET

SERVED ON:

| | |
|---|---|
| Brian C. Dawson, Esq.<br>Brendan K. Ozanne, Esq.<br>Dawson & Ozanne<br>701 Palomar Airport Road, Suite 300<br>Carlsbad, CA 92011-1028 | |

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☐ (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 29, 2007, at San Francisco, California.

J. Locker

DOCS\S5240-336\540843.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

AMENDED PROOF OF SERVICE