**ROCKWOOD & NOZISKA, L.L.P.**
NEAL H. ROCKWOOD, ESQ. SB# 106197
C. BRANT NOZISKA, ESQ. SB#106117
CHARLES L. FANNING IV, ESQ. SB#248704
5060 North Harbor Drive, Suite 255
San Diego, California 92106
Phone: (619) 224-7778 Fax (619) 224-7779

Attorneys for Plaintiffs

FILED
07 OCT 30 PM 3:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ , DEPUTY

"VIA FAX"

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company. <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 07-CV-2030 JM <br><br> **DEMAND FOR JURY TRIAL** <br><br> Action Filed: September 10, 2007 |

Plaintiffs 1800 SOUTH MAPLE STREET, LLC, a California limited liability company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California

1  corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company,
2  hereby demand trial by jury in this action.
3
4
5
6  Dated: October 24, 2007                    ROCKWOOD & NOZISKA, LLP
7
8                                             By: _____
9                                             NEAL H. ROCKWOOD, ESQ.
                                               C. BRANT NOZISKA, ESQ.
                                               CHARLES L. FANNING IV
10                                             Attorneys for Plaintiffs

ROCKWOOD & NOZISKA, LLP
5060 North Harbor Drive, Suite 255
San Diego, California 92106
(619) 224-7778 FAX (619) 224-7779

DEMAND FOR JURY TRIAL

**ROCKWOOD & NOZISKA, L.L.P.**
NEAL H. ROCKWOOD, ESQ. SB# 106197
C. BRANT NOZISKA, ESQ. SB#106117
CHARLES L. FANNING IV, ESQ. SB#248704
5060 North Harbor Drive, Suite 255
San Diego, California 92106
Phone: (619) 224-7778 Fax (619) 224-7779

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company. <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 07-CV-2030 <br><br> **CERTIFICATE OF SERVICE OF DEMAND FOR JURY TRIAL** <br><br> Action Filed: September 10, 2007 |

CERTIFICATE OF SERVICE OF DEMAND FOR JURY TRIAL

1  I Cindy K. Askew declare that:

2  I am, and was at the time of service of the papers herein referred to, over the age of 18

3  years, and not a party to the action; and I am employed in the County of San Diego, California,

4  within which county the subject service occurred.

5  My business address is 5060 North Harbor Drive, Suite 255, San Diego, CA 92106. I

6  served the document(s) named below on the following attorney(s) or record and/or interested

7  parties in the case of *1800 South Maple Street, LLC, et al. v. Allied Property and Casualty*

8  *Insurance Company, et al.*, County of San Diego, Central Division Superior Court, Case No.

9  37-2007-0074662-CU-NP-CTL and United States District Court, Southern District San Diego

10  Division Case No. 07-CV-2030:

11  **DEMAND FOR JURY TRIAL**

12  BY MAIL (Code of Civ. Proc. §§ 1013 and 1013(a) I am readily familiar with Rockwood &

13  Noziska LLP's practice for collection and processing of documents for mailing with the United

14  States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to

15  the person(s) on whom it is to be delivered pursuant to the below service list, with postage

16  thereon fully prepaid, to be deposited with the United States mail in San Diego California, that

17  same day in the ordinary course of business. I am aware that on motion of the party served

18  service is presumed invalid if postal cancellation date or postage meter date is more than one

19  day after the date of deposit for mailing in affidavit.

| HOWARD M. GARFIELD, ESQ.<br>LONG & LEVIT LLP<br>465 California Street, Suite 500<br>San Francisco, CA 94104<br>Telephone: 415/ 397-22222<br>Facsimile: 415/ 397-6392<br>Email: hgarfield@longlevit.com | ATTORNEY FOR DEFENDANTS:<br><br>Allied Property and Casualty Insurance Company, an Iowa Corporation<br>AMCO Insurance Company, an Iowa Corporation<br>Nationwide Mutual Insurance Company, an Ohio Corporation |
|---|---|
| BRIAN C. DAWSON, ESQ.<br>BRENDAN K. OZANNE, ESQ.<br>DAWSON & OZANNE<br>614 Fifth Avenue, Suite B<br>San Diego, CA 92101<br>Telephone: 619/ 237-5161<br>Facsimile: 619/ 237-5151 | ATTORNEYS FOR:<br><br>The Hidden Glen Maintenance Corporation, a California Corporation |

CERTIFICATE OF SERVICE OF DEMAND FOR JURY TRIAL

1      I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3      Executed on October 30, 2007, at San Diego, California.

_____
Cindy K. Askew

---

CERTIFICATE OF SERVICE OF DEMAND FOR JURY TRIAL