1  HOWARD M. GARFIELD, State Bar #43369
   LONG & LEVIT LLP
2  465 California Street, Suite 500
   San Francisco, California 94104
3  Telephone:    (415) 397-2222
   Facsimile:    (415) 397-6392
4  Email:        hgarfield@longlevit.com

5  Attorney for Defendants
   ALLIED PROPERTY AND CASUALTY
6  INSURANCE COMPANY, AMCO INSURANCE
   COMPANY, and NATIONWIDE MUTUAL
7  INSURANCE COMPANY

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10                     SAN DIEGO DIVISION

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; an PREMIER COMMUNITIES, LLC, a California Limited Liability Company,<br><br>          Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 to 100, inclusive,<br><br>          Defendants. | CASE No. 07-CV-2030<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND [PROPOSED] ORDER**<br><br>Action Filed:    September 10, 2007 |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND [PROPOSED] ORDER

Plaintiffs 1800 SOUTH MAPLE STREET, LLC, RALPH J. GIANNELLA, GIANNELLA PROPERTIES, INC., WILLIAM G. AYYAD, WILLIAM G. AYYAD, INC., and PREMIER COMMUNITIES, LLC (hereinafter "Plaintiffs") and Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY, and NATIONWIDE MUTUAL INSURANCE COMPANY (hereinafter "Defendants"), by their undersigned attorneys, respectfully request this Court to continue the Early Neutral Evaluation Conference ("ENE Conference") set for December 4, 2007. Neither Plaintiffs or Defendants have sought or obtained any previous extensions of time. Such an extension is timely and is necessary for the following reasons:

i. The representative for Defendant Nationwide Mutual Insurance Company with full settlement authority has a prior engagement she must attend to on December 4, 2007, and cannot be present in person at the scheduled ENE Conference. Howard M. Garfield Declaration in Support of Joint Motion to Continue ENE Conference, 2:8-10 (hereinafter "Garfield Dec.").

ii. Defendants' principal attorney responsible for this litigation, Howard M. Garfield, has a binding arbitration scheduled for the following week. In preparation for arbitration, Mr. Garfield has scheduled to meet and prepare his witnesses during the entire week of December 4, 2007, including the day at issue. It would be a great hardship for him to attend the scheduled ENE Conference and would disadvantage his client in that proceeding. Garfield Dec., 2:11-14.

Continuation of the conference based on these two reasons is consistent with Rule 16.1(c)(1). All parties have agreed to continue the conference and respectfully request that it be set for January 16, 2008, when all parties and attorneys can be present.

///
///
///
///

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

JOINT MOTION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

WHEREFORE, Plaintiffs and Defendants respectfully request a continuance of the December 4, 2007 Early Neutral Evaluation Conference until January 16, 2008.

Dated: November 26, 2007

LONG & LEVIT LLP

By *(signed)* Howard M. Garfield
HOWARD M. GARFIELD
Attorney for Defendants
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY, and NATIONWIDE MUTUAL INSURANCE COMPANY

Dated: November 23, 2007

ROCKWOOD & NOZISKA LLP

By *(signed)* Neal H. Rockwood
NEAL H. ROCKWOOD
Attorney for Plaintiffs
1800 SOUTH MAPLE STREET, LLC, RALPH J. GIANNELLA, GIANNELLA PROPERTIES, INC., WILLIAM G. AYYAD, WILLIAM G. AYYAD, INC., and PREMIER COMMUNITIES, LLC

## ORDER

Having considered Plaintiffs and Defendants' Joint Motion to Continue the Early Neutral Evaluation Conference, and finding good cause therefor,

IT IS HEREBY ORDERED that an Early Neutral Evaluation of your case will be held on January 16, 2008 at 2:00 p.m. in the Chambers of Magistrate Judge Nita L. Storms, United State Courthouse, 940 Front Street, Room 1118, San Diego, California 92101.

Dated: November __, 2007

By _____
UNITED STATES MAGISTRATE JUDGE

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

DOCS\S5240-336\541960.V1

3

JOINT MOTION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE