1  HOWARD M. GARFIELD, State Bar #43369
   LONG & LEVIT LLP
2  465 California Street, Suite 500
   San Francisco, California  94104
3  Telephone:     (415) 397-2222
   Facsimile:     (415) 397-6392
4  Email:         hgarfield@longlevit.com

5  Attorney for Defendants
   ALLIED PROPERTY AND CASUALTY
6  INSURANCE COMPANY, AMCO INSURANCE
   COMPANY, and NATIONWIDE MUTUAL
7  INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10                 SAN DIEGO DIVISION

11

12  1800 SOUTH MAPLE STREET, LLC, a          CASE No. 07-CV-2030
    California Limited Liability Company;
13  RALPH J. GIANNELLA, an individual;        **DECLARATION OF HOWARD M.**
    GIANNELLA PROPERTIES, INC., a             **GARFIELD IN SUPPORT OF JOINT**
    California Corporation; WILLIAM G.         **MOTION TO CONTINUE EARLY**
14  AYYAD, an individual; WILLIAM G.          **NEUTRAL EVALUATION CONFERENCE**
    AYYAD, INC., a California Corporation;
15  an PREMIER COMMUNITIES, LLC, a
    California Limited Liability Company,
16
                                              Action Filed:     September 10, 2007
17                         Plaintiff,

18      vs.

19  ALLIED PROPERTY AND
    CASUALTY INSURANCE COMPANY,
20  an Iowa Corporation; AMCO
    INSURANCE COMPANY, an Iowa
21  Corporation; NATIONWIDE MUTUAL
    INSURANCE COMPANY, an Ohio
22  Corporation, and DOES 1 to 100,
    inclusive,
23
                           Defendants.
24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1    I, Howard M. Garfield, declare as follows:

2            1.        I am an attorney, licensed to practice law before all courts in the State of

3    California. I am a partner in the law firm of Long & Levit, counsel of record in this matter for

4    Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO

5    INSURANCE COMPANY, and NATIONWIDE MUTUAL INSURANCE COMPANY. I have

6    personal knowledge of the following facts, and would competently testify to their truthfulness if

7    called as a witness in this matter.

8            i.        The representative for Defendant Nationwide Mutual Insurance Company,

9    with full settlement authority, has a prior engagement she must attend to on December 4, 2007,

10    and cannot be present in person at the scheduled ENE Conference.

11            ii.        During the week of, and including, December 4, 2007, I have scheduled

12    and will be meeting to prepare witnesses to a binding arbitration to be held the following week. It

13    would be a great hardship for me to attend the scheduled ENE Conference and would

14    disadvantage my client in that proceeding.

15            I declare under penalty of perjury, under the laws of the State of California, that

16    the foregoing is true and correct and that this declaration was executed this 21st day of

17    November, 2007 at San Francisco, California, United States.

18    Dated: November 21, 2007                    LONG & LEVIT LLP

19

20                                                By    _Howard M. Garfield_

21                                                       HOWARD M. GARFIELD
                                                       Attorney for Defendants
22                                                       ALLIED PROPERTY AND
                                                       CASUALTY INSURANCE
23                                                       COMPANY, AMCO INSURANCE
                                                       COMPANY, and NATIONWIDE
24                                                       MUTUAL INSURANCE COMPANY

25

26    DOCS\S5240-336\541962.V1

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

DECLARATION OF HOWARD M. GARFIELD IN SUPPORT OF JOINT MOTION TO CONTINUE ENE CONFERENCE