UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, et al., ) | Civil No.07cv2030-JM(NLS) |
| ) | |
| Plaintiffs, ) | **ORDER GRANTING JOINT MOTION** |
| v. ) | **TO CONTINUE EARLY NEUTRAL** |
| ) | **EVALUATION CONFERENCE** |
| ALLIED PROPERTY & CASUALTY ) | |
| INSURANCE CO., et al., ) | [Doc. No. 8] |
| ) | |
| Defendants. ) | |
| ) | |

An Early Neutral Evaluation Conference ("ENE") is currently scheduled in the above-captioned matter on December 4, 2007. Before the Court is a Joint Motion filed by the parties requesting that the ENE be continued to a later date due to the unavailability on that date of Defendant Nationwide Mutual Insurance Company's client representative as well as Defendants' principal attorney, Howard Garfield. (*Joint Motion*, 2.) Good cause appearing, the Court **GRANTS** the Joint Motion [Doc. No. 8]. The parties have requested that the ENE be rescheduled on January 16, 2008, however the Court is unable to accommodate that request due to a conflict with the Court's criminal calendar. Therefore, the December 4, 2007 ENE is hereby **VACATED** and **RESET** for *January 10, 2008* at *2:00 p.m.*

**IT IS SO ORDERED**.

DATED: November 28, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge