1800 South Maple Street, LLC et al.

**07cv2030-JM(NLS)**

-v-

Allied Property & Casualty Insurance Company et al.

**DOCUMENT STRICKEN  per discrepancy order
by Judge Nita L. Stormes [14]**

**12**