UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, et al., ) | Civil No.07cv2030-JM(NLS) |
| ) | |
| Plaintiffs, ) | **ORDER PERMITTING ENTRY,** |
| v. ) | **SETUP, AND USE OF TECHNICAL** |
| ) | **EQUIPMENT BY PLAINTIFFS** |
| ALLIED PROPERTY & CASUALTY ) | **DURING JANUARY 10, 2008 EARLY** |
| INSURANCE CO., et al., ) | **NEUTRAL EVALUATION** |
| ) | **CONFERENCE** |
| Defendants. ) | |
| ) | |

An Early Neutral Evaluation Conference is scheduled in the above-captioned matter on January 10, 2008 at 2:00 p.m. Plaintiffs have requested permission to use technical equipment during the conference. Good cause appearing,

**IT IS HEREBY ORDERED THAT** Plaintiffs 1800 SOUTH MAPLE STREET, LLC, a California limited liability company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company, shall be permitted to enter the courthouse at **1:30 p.m. on January 10, 2008** with the following electronic equipment for use in **Courtroom "F"** during the Early Neutral Evaluation conference: a projector; laptop computer; VGA cables, and cart.

**IT IS SO ORDERED**.

DATED: January 9, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge

1                                                          07cv2030-JM(NLS)