|   |   |   |
|---|---|---|
| 1 | ROCKWOOD & NOZISKA, L.L.P.<br>NEAL H. ROCKWOOD, ESQ. SB# 106197 | **FILED** |
| 2 | C. BRANT NOZISKA, ESQ. SB#106117<br>CHARLES L. FANNING IV, ESQ. SB#248704 | JAN 0 8 2008 |
| 3 | 5060 North Harbor Drive, Suite 255<br>San Diego, California 92106 | CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
| 4 | Phone: (619) 224-7778 Fax (619) 224-7779 | BY  /P  DEPUTY |

5

6  Attorneys for Plaintiffs

7                                                                          "VIA FAX"

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                         SAN DIEGO DIVISION

| 11 | 1800 SOUTH MAPLE STREET, LLC; a ) | CASE NO. 07-CV-2030 JM (NLS) |
|---|---|---|
| 12 | California Limited Liability Company; )<br>RALPH J. GIANNELLA, an individual; ) |  |
| 13 | GIANNELLA PROPERTIES, INC., a )<br>California Corporation; WILLIAM G. ) | EX PARTE MOTION FOR APPROVAL<br>OF EQUIPMENT FOR EARLY |
| 14 | AYYAD, an individual; WILLIAM G. )<br>AYYAD, INC., a California Corporation; and ) | NEUTRAL EVALUATION<br>CONFERENCE SET FOR JANUARY 10, |
| 15 | PREMIER COMMUNITIES, LLC, a )<br>California Limited Liability Company. ) | 2008 |
| 16 |  )  |  |
| 17 | Plaintiffs, ) | Action Filed: September 10, 2007 |
| 18 | v. ) |  |
| 19 |  ) |  |
| 20 | ALLIED PROPERTY AND CASUALTY )<br>INSURANCE COMPANY, an Iowa ) |  |
| 21 | Corporation; AMCO INSURANCE )<br>COMPANY, an Iowa Corporation; ) |  |
| 22 | NATIONWIDE MUTUAL INSURANCE )<br>COMPANY, an Ohio Corporation, and DOES ) |  |
| 23 | 1 through 100, inclusive, ) |  |
| 24 |  ) |  |
| 25 | Defendants. ) |  |

26  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

27       PLEASE TAKE NOTICE that Plaintiffs, 1800 SOUTH MAPLE STREET, LLC, a

28  California limited liability company; RALPH J. GIANNELLA, an individual; GIANNELLA

---

EX PARTE MOTION

1  PROPERTIES, INC., a California corporation; WILLIAM G. AYYAD, an individual;
2  WILLIAM G. AYYAD, INC., a California corporation; and PREMIER COMMUNITIES, LLC,
3  a California Limited Liability Company, hereby, will move this Court, *ex parte*, for the approval
4  of the following electronic equipment for a presentation during the Early Neutral Evaluation
5  conference scheduled for January 10, 2008 at 2:00 p.m: a projector; laptop computer; VGA
6  cables, and cart.

7  In order to promote an early resolution of this matter and foster an active discussion
8  between the attorneys, parties, and settlement judge, Plaintiffs have prepared a short multimedia
9  presentation. Plaintiffs have found that a multimedia presentation allows for easy viewing of
10 key documents and video deposition testimony via projector and facilitates the presentation of
11 an issue and subsequent discussion. In the past, Plaintiffs have utilized multimedia
12 presentations to aid in settlement conferences, motion hearings, and trial. Plaintiffs provide
13 everything necessary to conduct the multimedia presentation, including a trained specialist to set
14 up, control, and breakdown the equipment, with no cost to the Court and minimal
15 inconvenience.

16 Plaintiffs' presentation consists of pleadings, relevant correspondences, and applicable
17 insurance policies, highlighted and expanded for easy viewing, and relevant video deposition
18 testimony as further detailed in Plaintiffs' confidential Early Neutral Evaluation Conference
19 brief. Plaintiffs respectfully request the Court's permission to take to Court the necessary
20 equipment described above.

21 Pursuant to CivLR 83.3(h), all parties were put on notice of this ex parte application on
22 January 8, 2008, via facsimile. (see exhibit "A" to the Declaration of Charles L. Fanning, IV)

23

24 Respectfully submitted,
25 Dated: January 8, 2008                         ROCKWOOD & NOZISKA, LLP
26
27                                               By: _____
28                                               NEAL H. ROCKWOOD, ESQ.
                                                 C. BRANT NOZISKA, ESQ.
                                                 CHARLES L. FANNING IV

ROCKWOOD & NOZISKA, LLP
5060 North Harbor Drive, Suite 255
San Diego, California 92106
(619) 224-7778 FAX (619) 224-7779

**EX PARTE MOTION**