```
1  ROCKWOOD & NOZISKA, L.L.P.
   NEAL H. ROCKWOOD, ESQ. SB# 106197
2  C. BRANT NOZISKA, ESQ. SB#106117
   CHARLES L. FANNING IV, ESQ. SB#248704
3  5060 North Harbor Drive, Suite 255
   San Diego, California 92106
4  Phone: (619) 224-7778 Fax (619) 224-7779
5
6  Attorneys for Plaintiffs
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10                  SAN DIEGO DIVISION
```

**FILED JAN 0 8 2008** CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

"VIA FAX"

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07-CV-2030 JM (NLS)<br><br>DECLARATION OF CHARLES L. FANNING IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR APPROVAL OF EQUIPMENT FOR EARLY NEUTRAL EVALUATION CONFERENCE SET FOR JANUARY 10, 2008<br><br>Action Filed: September 10, 2007 |

I, Charles L. Fanning, declare:

  1. I am an attorney with the law firm of Rockwood & Noziska, LLP and an attorney of record for Plaintiffs 1800 SOUTH MAPLE STREET, LLC, RALPH J. GIANNELLA,

---

DECLARATION

1  GIANNELLA PROPERTIES, INC., WILLIAM G. AYYAD, WILLIAM G. AYYAD, INC, and
2  PREMIER COMMUNITIES, LLC. I have personal knowledge of the facts attested to herein,
3  and if called as a witness, I am competent to testify under oath thereto.

4    1.    In order to promote an early resolution of this matter and foster an active
5  discussion between the attorneys, parties, and settlement judge, Plaintiffs have prepared a short
6  multimedia presentation.

7    2.    Pursuant to CivLR 83.3(h), all parties were put on notice of this ex parte
8  application on January 8, 2008, via facsimile.

9    3.    Attached to this declaration as Exhibit "A," is a true and correct copy of the
10  January 8, 2008 correspondence from Charles Fanning giving notice to all parties of the ex parte
11  application and a fax transmittal report of same.

12    4.    On January 8, 2008, I was informed by the clerk of Hon. Judge Nita Stormes's
13  department that a personal appearance is not necessary regarding this ex parte application.

15  I declare under penalty of perjury and the laws of the State of California, that the
16  foregoing is true and correct and that this declaration is executed on January 8, 2008, at San
17  Diego, California.

Charles L. Fanning IV

ROCKWOOD & NUZASKA, LLP
5060 North Harbor Drive, Suite 255
San Diego, California 92106
(619) 224-7778 FAX (619) 224-7779

**DECLARATION**

# EXHIBIT A

# Rockwood & Noziska LLP
ATTORNEYS AT LAW

5060 North Harbor Drive, Suite 255
San Diego, CA 92106

Phone: 619.224.7778
Fax:   619.224.7779
E-mail: info@rockwood-noziska.com

Writer's Email:
fanning@rockwood-noziska.com

January 8, 2008

VIA FACSIMILE ONLY

Howard M. Garfield, Esq.
Long & Levit LLP
465 California, Suite 500
San Francisco, CA 94104
Facsimile: 415.397.6392

Re:   1800 South Maple, et al. v. Allied Property and Casualty, et al.
      Our File No.: 1026.02

Dear Counsel:

Pursuant to CivLR 83.3(h), please accept this correspondence as notice of our ex parte motion to the court requesting permission to use electronic equipment during the Early Neutral Evaluation conference set for January 10, 2008.

If you have any questions, please call me.

Very truly yours,

CHARLES L. FANNING, IV

CLF/cka

garfield.ltr.01.08.08.doc

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

```
Transaction Report
Send
Transaction(s) completed
No. TX Date/Time    Destination                        Duration P.#    Result    Mode
135 JAN-08   17:28  14153976392                        0'00'13" 002   OK        N ECM
```



**Rockwood & Noziska** LLP
ATTORNEYS AT LAW

Neal H. Rockwood, APC
C. Brant Noziska, APC

5060 North Harbor Drive, Suite 255
San Diego, CA 92106
Phone: 619.224.7778
Fax:   619.224.7779

## FAX TRANSMITTAL

| DATE: | January 8, 2008 | FILE NO: | |
|---|---|---|---|
| SENDER: | Charles Fanning, IV, Esq | NO. PAGES: (Including this form) | 2 |

Any problems with this fax transmission, please call (619) 224-7778 and ask for Cindy

| TO: | PHONE NUMBER: | FAX NUMBER: |
|---|---|---|
| Howard M. Garfield | | 415.397.6392 |

| DESCRIPTION OF DOCUMENT TRANSMITTED/INSTRUCTIONS: |
|---|
| Correspondence from Charles L. Fanning, IV, Esq., dated January 8, 2008 |

**ORIGINAL WILL BE SENT VIA:**

☐ MAIL        ☐ MESSENGER       ☐ LEXISNEXIS FILE & SERVE
☐ E-MAIL      ☐ FEDERAL EXPRESS ☒ WILL NOT BE SENT

NOTE: The information contained in this facsimile document is confidential and is intended only for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone and return the original document to us at the above address via U.S. Mail. We will reimburse you for the postage. Thank you.