1

2

**FILED**

JAN 0 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

3      # UNITED STATES DISTRICT COURT

4      # SOUTHERN DISTRICT OF CALIFORNIA

5

6    | 1800 South Maple Street, LLC, et al )
7    |                      Plaintiff )
     |                               )      Case Number:07cv2030 JM (NLS)
8    | vs                            )
     |                               )      **NOTICE OF NONCOMPLIANCE WITH**
9    |                               )      **LOCAL RULE 5.4(a) MANDATORY**
     |                               )      **ELECTRONIC FILING**
10   | Allied Property and Casualty  )
     | Insurance Company, et al      )
11   |                   Defendant   )
     |                               )
12   |_____)

13

Document Submitted: Ex Parte Motion for Approval of Equipment for Early Neutral Evaluation

14
Conference set for January 10, 2008

15

Filed by Attorney: Neal H. Rockwood

16

17   The document(s) listed above were not submitted electronically and therefore do not comply with Local Rule 5.4(a).

18   L.R. 5.4(a) - Except as proscribed by local rule, order or other procedure, the court has designated all cases to be assigned to the Electronic Filing System. Unless otherwise expressly provided in the
19   Court's Electronic Case Filing Administrative Policies and Procedures Manual, the Court's Local Rules, or in the exceptional circumstances preventing a registered user from filing electronically, as
20   of November 1, 2006 all petitions, motions, memoranda of law, or other pleadings and documents required to be filed with the court by a registered user in connection with a case assigned to the
21   Electronic Filing System shall be electronically filed.

22

23   A copy of this notice, along with the CM/ECF registration form has been provided to counsel of record for this party.

24   **A completed registration form shall be submitted to the Clerk's Office within 5 business days of receipt of this notice.**

25

26   Please take notice, further documents submitted that do not comply with this rule will be submitted to the Court on a discrepancy order.

27   Date:1/9/2008

28                                   W. Samuel Hamrick, Clerk of Court

                                     By,/s/C Puttmann Deputy Clerk

(R