UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, et al., ) | Civil No.07cv2030-JM(NLS) |
| ) | |
| Plaintiffs, ) | **ORDER FOLLOWING EARLY** |
| v. ) | **NEUTRAL EVALUATION** |
| ) | **CONFERENCE, SETTING RULE 26** |
| ALLIED PROPERTY & CASUALTY ) | **COMPLIANCE, AND NOTICE OF** |
| INSURANCE CO., et al., ) | ***TELEPHONIC* CASE MANAGEMENT** |
| ) | **CONFERENCE** |
| Defendants. ) | |
| ) | |

On January 10, 2008, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

1.    Counsel are ordered to appear **telephonically** on *March 7, 2008* at *10:00 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiffs' counsel shall initiate the telephonic conference.

2.    The Rule 26(f) conference shall be completed on or before *February 6, 2008*.

3.    A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before *February 15, 2008*. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

4.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before *February 22, 2008*.

1    5.    As agreed by the parties during the January 10, 2008 Early Neutral Evaluation Conference, Plaintiffs' counsel shall send a letter to defense counsel that: (a) identifies the parties to the underlying settlement agreement, (b) what each party paid in the settlement, and (c) whether that party is a named insured in the policy at issue in this case, and if not, how that party claims coverage under the policy.

Plaintiffs' counsel shall serve a copy of this order on all parties that enter this case hereafter. Each responsible attorney of record and all parties representing themselves shall participate in the conference.  Represented parties need not participate.

Failure of any counsel or party to comply with this order will result in sanctions.

**IT IS SO ORDERED.**

DATED:  January 10, 2008

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge