1  ROCKWOOD & NOZISKA, L.L.P.
   NEAL H. ROCKWOOD, ESQ. SB# 106197
2  C. BRANT NOZISKA, ESQ. SB#106117
   CHARLES L. FANNING IV, ESQ. SB#248704
3  5060 North Harbor Drive, Suite 255
   San Diego, California 92106
4  Phone: (619) 224-7778 Fax (619) 224-7779

5

   Attorneys for Plaintiffs
6

7

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                    SAN DIEGO DIVISION

11 | 1800 SOUTH MAPLE STREET, LLC, a          ) CASE NO. 07-CV-2030
     California Limited Liability Company;    )
12   RALPH J. GIANNELLA, an individual;       )
     GIANNELLA PROPERTIES, INC., a            ) **DECLARATION OF NEAL H.**
13   California Corporation; WILLIAM G.       ) **ROCKWOOD IN SUPPORT OF**
     AYYAD, an individual; WILLIAM G.         ) **PLAINTIFFS' EX PARTE MOTION FOR**
14   AYYAD, INC., a California Corporation; and ) **A STAY OF THIS MATTER PENDING**
     PREMIER COMMUNITIES, LLC, a             ) **RESOLUTION OF PLAINTIFFS'**
15   California Limited Liability Company.    ) **MOTION TO AMEND THEIR**
                                              ) **COMPLAINT**
16                                            )
17                Plaintiffs,                 )
                                              )
18        v.                                  ) Magistrate Judge: Hon. Nita L. Stormes
                                              ) Room: 1118
19   ALLIED PROPERTY AND CASUALTY            )
     INSURANCE COMPANY, an Iowa              ) Action Filed: September 10, 2007
20   Corporation; AMCO INSURANCE             ) Trial Date: TBA
     COMPANY, an Iowa Corporation;           )
21   NATIONWIDE MUTUAL INSURANCE             )
     COMPANY, an Ohio Corporation, and DOES  )
22   1 through 100, inclusive,                )
                                              )
23                Defendants.                 )
   _____)
24

25 I, Neal H. Rockwood, declare:

26      1.   I am an attorney with the law firm of Rockwood & Noziska, LLP and an attorney
27 of record for Plaintiffs 1800 SOUTH MAPLE STREET, LLC., RALPH J. GIANNELLA,
28

DECLARATION

GIANNELLA PROPERTIES, INC., WILLIAM G. AYYAD, WILLIAM G. AYYAD, INC., and PREMIER COMMUNITIES, LLC I have personal knowledge of the facts attested to herein, and if called as a witness, I am competent to testify under oath thereto.

2. Pursuant to CivLR 83.3(h), all parties were put on notice of this ex parte application on January 28, 2008, via facsimile.

3. Attached to this declaration as Exhibit "A," is a true and correct copy of the Order following the Early Neutral Evaluation Conference dated January 10, 2008.

4. Attached to this declaration as Exhibit "B," is a true and correct copy of AMCO's denial letter dated March 3, 2006.

5. Attached to this declaration as Exhibit "C," is a true and correct copy of correspondence from AMCO dated January 15, 2008.

6. Attached to this declaration as Exhibit "D," is a true and correct copy of correspondence from Plaintiffs to AMCO dated January 15, 2008.

7. Attached is a proposed order granting the application. On behalf of the Plaintiffs, I respectfully request the Court to grant the following stay on this matter pending resolution of Plaintiffs' motion to amend their complaint.

8. The undersigned hereby certifies that the application for order for a stay of this matter pending resolution of Plaintiffs' motion to amend their complaint is made in good faith and for good cause.

I declare under penalty of perjury and the laws of the State of California, that the foregoing is true and correct and that this declaration is executed on January 28, 2008, at San Diego, California.

Neal H. Rockwood

DECLARATION