ORIGINAL

1  **ROCKWOOD & NOZISKA, L.L.P.**
   NEAL H. ROCKWOOD, ESQ. SB# 106197
2  C. BRANT NOZISKA, ESQ. SB#106117
   CHARLES L. FANNING IV, ESQ. SB#248704
3  5060 North Harbor Drive, Suite 255
   San Diego, California 92106
4  Phone: (619) 224-7778 Fax (619) 224-7779

5

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                          SAN DIEGO DIVISION

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07-CV-2030<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING LEAVE TO FILE AMENDED COMPLAINT; POINTS AND AUTHORITIES**<br><br>[Filed concurrently with Declaration of C. Brant Noziska; Exhibits; Proposed Order]<br><br>Date : February 29, 2008<br>Time.: 1:30 P.M.<br>Courtroom: Honorable Judge Jeffrey T. Miller<br><br>Filed: September 10, 2007<br>Trial: |

(left margin: ROCKWOOD & NOZISKA, LLP / 5060 North Harbor Drive, Suite 255 / San Diego, California 92106 / (619) 224-7778 FAX (619) 224-7779)

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that on February 29, 2008, at 1:30 p.m., or as soon |
| 3 | thereafter as the matter may be heard by the above-entitled Court, located at 940 Front Street, |
| 4 | San Diego, California, Plaintiffs 1800 SOUTH MAPLE STREET, LLC, a California limited |
| 5 | liability company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, |
| 6 | INC., a California corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, |
| 7 | INC., a California corporation; and PREMIER COMMUNITIES, LLC, a California Limited |
| 8 | Liability Company, ("Plaintiffs") will hereby move this Court for an order permitting the filing |
| 9 | of an amended complaint, adding MICHAEL EHRENFELD COMPANY – INSURANCE |
| 10 | AGENTS & BROKERS as a defendant and causes of action for professional negligence and |
| 11 | negligent misrepresentation on the part of said defendant. A copy of the proposed amended |
| 12 | pleading is attached as Exhibit A to the Declaration of C. Brant Noziska. |
| 13 | The motion will be made on the ground that it is in the interests of justice and judicial |
| 14 | efficiency to allow the proposed amendment. Said amendment is related to the subject matter of |
| 15 | the existing controversy between the parties and will not result in prejudice to the defendant. |
| 16 | Allowing the amendment would therefore promote the efficient resolution of all claims between |
| 17 | the parties. |
| 18 | This motion will be based upon this notice of motion, the supporting declaration of C. |
| 19 | Brant Noziska, the memorandum of points and authorities, the supporting evidence and exhibits, |
| 20 | all filed concurrently herewith, the papers and records lodged with the Court and on file herein, |
| 21 | matters of which this Court may take judicial notice, and such other and further evidence and |
| 22 | argument as may be presented at the time of the hearing of this motion. |
| 23 | |
| 24 | Dated: January 29, 2008         ROCKWOOD & NOZISKA, LLP |
| 25 | |
| 26 | By: _____ |
| 27 | NEAL H. ROCKWOOD, ESQ.<br>C. BRANT NOZISKA, ESQ. |
| 28 | CHARLES L. FANNING IV, ESQ.<br>Attorneys for Plaintiffs |

ROCKWOOD & NOZISKA, LLP
5060 North Harbor Drive, Suite 255
San Diego, California 92106
(619) 224-7778 FAX (619) 224-7779

1

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING LEAVE TO FILE
AMENDED COMPLAINT; POINTS AND AUTHORITIES