1  **ROCKWOOD & NOZISKA, L.L.P.**
   NEAL H. ROCKWOOD, ESQ. SB# 106197
2  C. BRANT NOZISKA, ESQ. SB#106117
   CHARLES L. FANNING IV, ESQ. SB#248704
3  5060 North Harbor Drive, Suite 255
   San Diego, California 92106
4  Phone: (619) 224-7778 Fax (619) 224-7779

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07-CV-2030<br><br>**DECLARATION OF C. BRANT NOZISKA IN SUPPORT PLAINTIFFS' MOTION FOR ORDER PERMITTING LEAVE TO AMEND COMPLAINT; EXHIBITS**<br><br>Date: February 29, 2009<br>Time: 1:30 P.M.<br>Courtroom: Hon. Judge Jeffrey T. Miller<br><br>Filed: September 10, 2007<br>Trial: |

---

**DECLARATION OF C. BRANT NOZISKA IN SUPPORT PLAINTIFFS' MOTION FOR ORDER PERMITTING LEAVE TO AMEND COMPLAINT; EXHIBITS**

1  I, C. Brant Noziska, declare:

2      1.    I am an attorney at law duly admitted to practice before all the courts of the State of California. I am a member of the firm of Rockwood & Noziska, LLP, and one of the attorneys of record for Plaintiffs 1800 SOUTH MAPLE STREET, LLC, a California limited liability company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company. This declaration is tendered in support of Plaintiffs' attached Motion for Order Permitting Leave to Amend their Complaint.

    2.    If called as a witness I could competently testify that I have first hand knowledge of the following:

    3.    Attached as Exhibit "A" to this declaration is a true and correct copy of the proposed First Amended Complaint.

    4.    Attached as Exhibit "B" to this declaration is a true and correct copy of the letter from C. Brant Noziska to Howard Garfield dated January 15, 2008.

    5.    Attached as Exhibit "C" to this declaration is a true and correct copy of the letter from Howard Garfield to C. Brant Noziska dated January 15, 2008.

    6.    Attached as Exhibit "D" to this declaration is a true and correct copy of excerpts of the deposition transcript of David Veljovich, dated November 27, 2007, and taken for the case entitled, <u>Avocado Crest Condominiums, LLC, et al. v. Allied Mutual Insurance et. al.</u>, (GIC 857918), filed in the San Diego Superior Court.

    7.    Attached as Exhibit "E" to this declaration is a true and correct copy of relevant portions of the ACP BPH 7801069841 Policy in effect from April 4, 2002 to April 4, 2003.

    8.    Attached as Exhibit "F" to this declaration is a true and correct copy of excerpts of the Agency Agreement between Michael Ehrenfeld Company and Allied Group dated October 13, 1999.

/ / /

- 1 -
**DECLARATION OF C. BRANT NOZISKA IN SUPPORT PLAINTIFFS' MOTION FOR ORDER PERMITTING LEAVE TO AMEND COMPLAINT; EXHIBITS**

9. Attached as Exhibit "G" to this declaration is a true and correct copy of excerpts of relevant portions of the complaint in The Hidden Glen Maintenance Corporation v. 1800 South Maple Street, LLC, case number GIC 852647.

10. Attached as Exhibit "H" to this declaration is a true and correct copy of the letter from Robert K. Johnson to Vekeno Kennedy dated November 10, 2005.

11. Attached as Exhibit "I" to this declaration is a true and correct copy of the letter from Scott A. Johnson to Vekeno Kennedy dated March 3, 2006.

12. Attached as Exhibit "J" to this declaration is a true and correct copy of letter from Clyde Greco Jr. to Timothy C. Earl dated November 22, 2004.

13. Attached as Exhibit "K" to this declaration is a true and correct copy of the letter from Clyde Greco Jr. to Timothy C. Earl dated January 7, 2005.

14. Attached as Exhibit "L" to this declaration is a true and correct copy of relevant portions of the ACP BPH CPAA GLAO 7801001164 Policy at issue in the case entitled, Avocado Crest Condominiums, LLC, et al. v. Allied Mutual Insurance et. al., (GIC 857918), filed in the San Diego Superior Court.

15. Attached as Exhibit "M" to this declaration is a true and correct copy of relevant portions of the complaint in the case entitled, The Oaks Management Corporation v. Avocado Crest Condominiums, LLC, case number GIC 827085, filed in the San Diego Superior Court.

16. Attached as Exhibit "N" to this declaration is a true and correct copy of the letter from Scott A. Johnson to Neal Rockwood and C. Brant Noziska dated May 21, 2007.

17. Attached as Exhibit "O" to this declaration is a true and correct copy of relevant portions of the Second Amended Complaint from the case entitled, Avocado Crest Condominiums, LLC, et al. v. Allied Mutual Insurance et. al., (GIC 857918), filed in the San Diego Superior Court.

/ / /

/ / /

/ / /

**DECLARATION OF C. BRANT NOZISKA IN SUPPORT PLAINTIFFS' MOTION FOR ORDER PERMITTING LEAVE TO AMEND COMPLAINT; EXHIBITS**

ROCKWOOD & NOZISKA, LLP
5060 North Harbor Drive, Suite 255
San Diego, California 92106
(619) 224-7778 FAX (619) 224-7779

18.   Attached as Exhibit "P" to this declaration is a true and correct copy of relevant portions of the original Complaint from the case entitled, <u>Avocado Crest Condominiums, LLC, et al. v. Allied Mutual Insurance et. al.</u>, (GIC 857918), filed in the San Diego Superior Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of January, 2008 in San Diego, California.

*[signature]*
C. BRANT NOZISKA

ROCKWOOD & NOZISKA, LLP
5060 North Harbor Drive, Suite 255
San Diego, California 92106
(619) 224-7778 FAX (619) 224-7779

- 3 -

DECLARATION OF C. BRANT NOZISKA IN SUPPORT PLAINTIFFS' MOTION FOR ORDER PERMITTING LEAVE TO AMEND COMPLAINT; EXHIBITS