**ROCKWOOD & NOZISKA, L.L.P.**
NEAL H. ROCKWOOD, ESQ. SB# 106197
C. BRANT NOZISKA, ESQ. SB#106117
CHARLES L. FANNING IV, ESQ. SB#248704
5060 North Harbor Drive, Suite 255
San Diego, California 92106
Phone: (619) 224-7778 Fax (619) 224-7779

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07-CV-2030<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed: September 10, 2007 |

**ROCKWOOD & NOZISKA, LLP**
5060 North Harbor Drive, Suite 255
San Diego, California 92106
(619) 224-7778 FAX (619) 224-7779

I Cindy K. Askew declare that:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject service occurred.

My business address is 5060 North Harbor Drive, Suite 255, San Diego, CA 92106. I served the document(s) named below on the following attorney(s) or record and/or interested parties in the case of *1800 South Maple Street, LLC, et al. v. Allied Property and Casualty Insurance Company, et al.*, County of San Diego, Central Division Superior Court, Case No. 37-2007-0074662-CU-NP-CTL and United States District Court, Southern District San Diego Division Case No. 07-CV-2030 JM (NLS):

1. **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING LEAVE TO FILE AMENDED COMPLAINT; POINTS AND AUTHORITIES;**
2. **DECLARATION OF C. BRANT NOZISKA IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER PERMITTING LEAVE TO AMEND COMPLAINT; EXHIBITS;**
3. **ORDER GRANTING PLAINTIFFS' MOTION PERMITTING LEAVE TO AMEND COMPAINT**

BY FEDERAL EXPRESS. (Code of Civ. Proc. § 1013(c)), by placing a copy thereof for deliver by OVERNIGHT EXPRESS (Code of Civ. Proc. §§ 103(c) and (d) to the following party:

| | |
|---|---|
| HOWARD M. GARFIELD, ESQ.<br>LONG & LEVIT LLP<br>465 California Street, Suite 500<br>San Francisco, CA 94104<br>Telephone: 415/ 397-2222<br>Facsimile: 415/ 397-6392<br>Email: hgarfield@longlevit.com | ATTORNEY FOR DEFENDANTS:<br>Allied Property and Casualty Insurance Company, an Iowa Corporation<br>AMCO Insurance Company, an Iowa Corporation<br>Nationwide Mutual Insurance Company, an Ohio Corporation |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 29, 2008, at San Diego, California.

Cindy K. Askew

ROCKWOOD & NOZISKA, LLP
5060 North Harbor Drive, Suite 255
San Diego, California 92106
(619) 224-7778 FAX (619) 224-7779