HOWARD M. GARFIELD, State Bar #43369
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:   (415) 397-2222
Facsimile:    (415) 397-6392
Email:         hgarfield@longlevit.com

Attorney for Defendants
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY, AMCO INSURANCE
COMPANY, and NATIONWIDE MUTUAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; an PREMIER COMMUNITIES, LLC, a California Limited Liability Company, <br><br>Plaintiff, <br><br>vs. <br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 to 100, inclusive, <br><br>Defendants. | CASE No. 07-CV-2030 <br><br>**DEFENDANTS OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION FOR STAY PROCEEDINGS PENDING MOTION TO AMEND COMPLAINT** <br><br>Action Filed:   September 10, 2007 |

I.   **INTRODUCTION**

Defendants oppose Plaintiffs' ex parte application for a stay of these proceedings pending the ruling on their motion to amend their complaint on the ground that they do not show good cause or prejudice in support thereof.

1. A stay, *presumably excepting the motion itself to amend the complaint*, would not promote judicial economy or efficiency. There is no need for a stay and no prejudice if the proceedings are not stayed.

2. If the Court denies the motion to amend, which defendants will strongly urge, valuable and useful time will have been wasted awaiting activities that must be undertaken, to wit, discovery, in any forum.

## II. ARGUMENT

1. Plaintiffs fail to show good cause

Plaintiffs point to only three activities in which they must engage before the hearing on their motion to amend their complaint on February 29, 2008: (1) a meet and confer with opposing counsel on or before February 6th; (2) lodging of a joint discovery plan on or before February 15th; and (3) the exchange of initial disclosure on February 22nd. These tasks are not onerous and all are useful. There is no discovery pending. No motions are pending, other than plaintiffs' motion to amend the complaint, which, we are certain, they do not want stayed. There is no trial date; there are no other pretrial activities.

At the first ENE Conference the court ordered Plaintiffs to produce for defendants documents that would identify the insureds and their relationship to the 1800 South Maple Street condominium project so that coverage could be evaluated and further ENE Procedures undertaken. If these future proceedings are to bear fruit, the case must move forward absent a showing of good cause, which has not been made in this case. Civ. Rule 16.5(1)(8).

2. If the Court denies the motion to amend, an outcome that defendants urge, valuable time will have been wasted by an unnecessary stay of proceedings. Moreover, the

///
///
///
///
///
///
///

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

CASE No. 07-CV-2030

DEFS' OPP. TO PLTFS' *EX PARTE* APPLICATION FOR STAY OF PROCEEDINGS PENDING MOT. TO AMEND COMPLAINT

1  discovery-related activities in which the parties must engage before the hearing on the motion to
2  amend will be useful regardless of the forum in which this dispute is adjudicated.
3      For the foregoing reasons, the defendants urge the Court to deny the application for stay.
4  Respectfully submitted,
5  Dated:  January 30, 2008     LONG & LEVIT LLP

7  By  /s/ Howard M. Garfield
8  HOWARD M. GARFIELD
   Attorney for Defendants
9  ALLIED PROPERTY AND
   CASUALTY INSURANCE
10 COMPANY, AMCO INSURANCE
   COMPANY, and NATIONWIDE
11 MUTUAL INSURANCE COMPANY

DOCS\S5240-336\544694.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

CASE No. 07-CV-2030
DEFS' OPP. TO PLTFS' *EX PARTE* APPLICATION FOR STAY OF PROCEEDINGS PENDING MOT. TO AMEND COMPLAINT