HOWARD M. GARFIELD, State Bar #43369
KAREN L. UNO, State Bar #117410
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
Tel: (415) 397-2222   Fax: (415) 397-6392
hgarfield@longlevit.com; kuno@longlevit.com

Attorneys for Defendants
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY, AMCO INSURANCE
COMPANY, and NATIONWIDE MUTUAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; an PREMIER COMMUNITIES, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 to 100, inclusive, <br><br> Defendants. | CASE No. 07-CV-2030 <br><br> **DECLARATION OF KAREN L. UNO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND; EXHIBITS** <br><br> Date:      February 29, 2008 <br> Time:     1:30 P.M. <br> Courtroom: Honorable Judge Jeffrey T. Miller <br><br> Date Filed:      September 10, 2007 <br> Date Removed: October 19, 2007 <br> Trial: |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

DECLARATION OF KAREN L. UNO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE

I, Karen L. Uno, declare as follows:

1. I am an attorney, licensed to practice law before all courts in the State of California. I am a partner in the law firm of Long & Levit LLP, counsel of record in this matter for Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY, and NATIONWIDE MUTUAL INSURANCE COMPANY. I was also co-counsel for AMCO in the matter entitled <u>Avocado Crest v. Allied Mutual Insurance Company, et.al.</u>, San Diego County Superior Court Case No. GIC 857918. I have personal knowledge of the following facts, and would competently testify to their truthfulness if called as a witness in this matter.

2. I have reviewed AMCO's claim file pertaining to this matter and portions of AMCO's coverage counsel's file regarding the claim at issue and would competently testify to the following if called as a witness in this matter.

3. Attached as Exhibit "A" to this declaration is a true and correct copy of the Second Amended Complaint from the case entitled, <u>Avocado Crest Condominiums, LLC, et al. v. Allied Mutual Insurance et. al.</u>, (GIC 857918), filed in the San Diego County Superior Court.

4. Attached as Exhibit "B" to this declaration is a true and correct copy of the letter from Andrea Ray to Bob Johnson of AMCO dated January 12, 2006, without enclosures.

5. Attached as Exhibit "C" to this declaration is a true and correct copy of the letter from Robyn Spagnulo to Scott A. Johnson of Miller Johnson Law dated March 9, 2006.

6. Attached as Exhibit "D" to this declaration is a true and correct copy of the letter from C. Brant Noziska to Scott Johnson dated May 7, 2007.

7. Attached as Exhibit "E" to this declaration is a true and correct copy of the letter from Scott A. Johnson to Neal H. Rockwood dated May 21, 2007.

8. Attached as Exhibit "F" to this declaration is a true and correct copy of the case entitled, <u>Farrugia v. Allstate Insurance Company</u>, 2007 U.S. Dist. LEXIS 22628 (N.D.

DECLARATION OF KAREN L. UNO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Cal. 2007).

9. Attached as Exhibit "G" to this declaration is a true and correct copy of the case entitled, Gunn v. Wild, 2002 U.S. Dist. LEXIS 3628 (N.D. Cal. 2002).

10. Attached as Exhibit "H" to this declaration is a true and correct copy of the case entitled, Miskuski v. Crescent Heights of America, Inc., 2007 U.S. Dist. LEXIS 37223 (S.D. Cal. 2007).

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed this 15th day of February, 2008 at San Francisco, California.

Karen L. Uno

DOCS\S5240-336\545486.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222