```
ROCKWOOD & NOZISKA, L.L.P.
NEAL H. ROCKWOOD, ESQ. SB# 106197
C. BRANT NOZISKA, ESQ. SB#106117
CHARLES L. FANNING IV, ESQ. SB#248704
5060 North Harbor Drive, Suite 255
San Diego, California 92106
Phone: (619) 224-7778  Fax (619) 224-7779
```

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07-CV-2030<br><br>**DECLARATION OF CHARLES L. FANNING IV IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER PERMITTING LEAVE TO AMEND COMPLAINT; EXHIBITS**<br><br>Date: February 29, 2009<br>Time: 1:30 P.M.<br>Courtroom: Hon. Judge Jeffrey T. Miller<br><br>Filed: September 10, 2007<br>Trial: TBD |

I, Charles L. Fanning IV, declare:

1.    I am an attorney at law duly admitted to practice before all the courts of the State of California. I am a member of the firm of Rockwood & Noziska, LLP, and one of the

.

1. attorneys of record for Plaintiffs 1800 SOUTH MAPLE STREET, LLC, a California limited liability company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company. This declaration is tendered in support of Plaintiffs' attached Reply to Defendants' Opposition to Plaintiffs' Motion for Order Permitting Leave to Amend their Complaint.

2. If called as a witness I could competently testify that I have first hand knowledge of the following:

3. Attached as Exhibit "A" to this declaration is a true and correct copy of excerpts from the deposition transcript of David Everett. Said deposition took place on May 30, 2007.

4. Attached as Exhibit "B" to this declaration is a true and correct copy of excerpts from the deposition transcript of Carl Panico. Said deposition took place on November 29, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 22nd day of February, 2008 in San Diego, California.

CHARLES L. FANNING IV

ROCKWOOD & NOZISKA, LLP
5060 North Harbor Drive, Suite 255
San Diego, California 92106
(619) 224-7778 FAX (619) 224-7779