ROCKWOOD & NOZISKA, L.L.P.
NEAL H. ROCKWOOD, ESQ. SB# 106197
C. BRANT NOZISKA, ESQ. SB#106117
CHARLES L. FANNING IV, ESQ. SB#248704
5060 North Harbor Drive, Suite 255
San Diego, California 92106
Phone: (619) 224-7778 Fax (619) 224-7779

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| 1800 SOUTH MAPLE STREET, LLC, a California Limited Liability Company; RALPH J. GIANNELLA, an individual; GIANNELLA PROPERTIES, INC., a California Corporation; WILLIAM G. AYYAD, an individual; WILLIAM G. AYYAD, INC., a California Corporation; and PREMIER COMMUNITIES, LLC, a California Limited Liability Company.<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07-CV-2030<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed: September 10, 2007 |

I, Cindy K. Askew, declare that:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject service occurred.

My business address is 5060 North Harbor Drive, Suite 255, San Diego, CA 92106. I served the document(s) named below on the following attorney(s) or record and/or interested parties in the case of *1800 South Maple Street, LLC, et al. v. Allied Property and Casualty Insurance Company, et al.*, County of San Diego, Central Division Superior Court, Case No. 37-2007-0074662-CU-NP-CTL and United States District Court, Southern District San Diego Division Case No. 07-CV-2030 JM (NLS):

1. **DECLARATION OF CHARLES L. FANNING, IV IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER PERMITTING LEAVE TO AMEND COMPLAINT; EXHIBITS**
2. **PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER PERMITTING LEAVE TO AMEND COMPLAINT; EXHIBITS**

BY FACSIMILE TRANSMISSION. (Code of Civ. Proc. §§ 1013(e) and (f)): to the fax numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2008 and no error was reported by the machine.

| HOWARD M. GARFIELD, ESQ.<br>LONG & LEVIT LLP<br>465 California Street, Suite 500<br>San Francisco, CA 94104<br>Telephone: 415/ 397-2222<br>Facsimile: 415/ 397-6392<br>Email: hgarfield@longlevit.com | ATTORNEY FOR DEFENDANTS:<br>Allied Property and Casualty Insurance Company, an Iowa Corporation<br>AMCO Insurance Company, an Iowa Corporation<br>Nationwide Mutual Insurance Company, an Ohio Corporation |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 22, 2008, at San Diego, California.

_____
Cindy K. Askew

---

CERTIFICATE OF SERVICE